**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Teresa Meda TORRES, Defendant–Appellant.**

**No. 06–50275.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 4, 2008.

Becky S. Walker, Esq., John E. Lee, Esq., Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Arthur H. Weed, Santa Barbara, CA, for Defendant–Appellant.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

Teresa Meda Torres appeals from the 30–month sentence imposed following her guilty-plea conviction for conspiracy to conceal, harbor, or shield aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Torres contends that the district court plainly erred by imposing an above-Guidelines range sentence without providing reasonable notice of its intent to do so pursuant to Federal Rule of Criminal Procedure 32(h). Torres's contention fails. *See Irizarry v. United States,* — U.S. ——, 128 S.Ct. 2198, 2202–04, 171 L.Ed.2d 28 (2008).

**AFFIRMED.**